UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| THE STATE OF TENNESSEE; THE STATE OF INDIANA; THE STATE OF ALABAMA; THE STATE OF ALASKA; THE STATE OF ARIZONA; THE STATE OF ARKANSAS; THE STATE OF GEORGIA; THE STATE OF KANSAS; THE COMMONWEALTH OF KENTUCKY; THE STATE OF LOUISIANA; THE STATE OF MISSISSIPPI; THE STATE OF MISSOURI; THE STATE OF MONTANA; THE STATE OF NEBRASKA; THE STATE OF OHIO; THE STATE OF OKLAHOMA; THE STATE OF SOUTH CAROLINA; THE STATE OF SOUTH DAKOTA; THE STATE OF TEXAS; THE STATE OF UTAH; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WEST VIRGINIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:22-cv-00257 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS VILSACK, in his official capacity as Secretary of Agriculture; CINDY LONG, in her official capacity as Administrator of Food and Nutrition Service at the United States Department of Agriculture; ROBERTO CONTRERAS, in his official capacity as Director of the Food and Nutrition Service Civil Rights Division at the United States Department of Agriculture, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR PRELIMINARY INJUNCTION**

1

Plaintiffs are the States of Tennessee, Indiana, Alabama, Alaska, Arkansas, Arizona, Georgia, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, Virginia, and West Virginia. The States move under Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705 for an order preliminarily enjoining the U.S. Department of Agriculture ("USDA"), the Secretary of Agriculture, the Administrator of the USDA Food and Nutrition Service, the Director of the Food and Nutrition Service Civil Rights Division, their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with those individuals from enforcing the following documents against Plaintiff States and entities within those States:

- The USDA's reinterpretation of Title IX. USDA, CRD 01-2022, Application of *Bostock v. Clayton County* to Program Discrimination Complaint Processing – Policy Update (May 5, 2022), https://bit.ly/3NuXnSx ("Memorandum").

- The cover letter for the Memorandum issued by the USDA's Food and Nutrition Service. USDA, Cover Letter to CRD 01-2022, Application of *Bostock v. Clayton County* to Program Discrimination Complaint Processing – Policy Update (May 5, 2022) ("Cover Letter").

- The Memorandum's "questions and answers" document issued by the USDA's Food and Nutrition Service. USDA, CRD 02-2022, Questions and Answers Related to CRD 01-2022 Application of *Bostock v. Clayton County* to Program Discrimination Complaint Processing – Policy Update (May 5, 2022), https://bit.ly/3yzKpyG ("Memorandum Q&A").

- The additional guidance on the publication of documents and notices related to the USDA's reinterpretation of Title IX issued by the Department's Food and Nutrition Service. USDA, Memorandum Regarding Revised Nondiscrimination Statement and "And Justice for All" Posters; Timelines and Guidance for Implementation (May 5, 2022) ("Supplemental Memorandum") (collectively with Memorandum, Cover Letter, and Memorandum Q&A, "Memoranda").

- The USDA's adoption of its new nondiscrimination policy to be adopted in Supplemental Nutrition Assistance Program ("SNAP") Federal-State Agreements. Supplemental Nutrition Assistance Program: Civil Rights Update to the Federal-State Agreement, 87 Fed. Reg. 35,855 (June 14, 2022), https://bit.ly/3bDC4RA ("Final Rule").

2

As explained in the States' accompanying memorandum, the States are likely to succeed on their claims alleging that the USDA's Memoranda and Final Rule violate the Administrative Procedure Act ("APA"), 5 U.S.C. § 706. The Memoranda and Final Rule violate the APA's notice-and-comment requirements; are arbitrary and capricious; conflict with Title IX; conflict with the Food and Nutrition Act; and violate the Spending Clause, the First Amendment, the Tenth Amendment, nondelegation doctrine, and separation-of-powers principles. Preliminary relief is necessary to prevent substantial irreparable harms—harms that include forcing States to choose between their sovereignty in enacting and enforcing their laws on the one hand and substantial federal funding on the other. Preliminary relief will serve the public interest by maintaining the status quo and preventing the unlawful new rules from disrupting SNAP programs, State-run schools, and other State agencies. *See Tennessee v. Dept. of Education*, No. 3:21-CV-308, 2022 WL 2791450 (E.D. Tenn. July 15, 2022).

Because the Memoranda and Final Rule imminently threaten federal funding for the States, the States request expedited briefing. The USDA, for example, requires Tennessee to adopt the new policy by August 15, 2022, or risk losing over $6 million in SNAP Nutrition Educational Program funding for the next fiscal year. *See* Niknejad Decl. ¶¶ 10-12 (attached as Exhibit A). Accordingly, the States propose the following schedule so that this Court can rule on the States' motion before the USDA's August 15 deadline:

- **August 2, 2022:** Defendants file Response in Opposition to States' Motion for Preliminary Injunction.

- **August 5, 2022:** States file Reply in Support of States' Motion for Preliminary Injunction.

The States further request that this Court hear oral argument on the motion. Argument is warranted because this motion raises significant questions of statutory interpretation and constitutional law, and it implicates the interests of States, educational institutions, and others across the country. The States are available for oral argument during the week of **August 8, 2022**.

Finally, the States request that this Court exercise its discretion to waive the security requirement of Federal Rule of Civil Procedure 65(c).

Dated: July 26, 2022

Respectfully Submitted,

| | |
|---|---|
| /s/ Brandon J. Smith (BPR # 037272)<br>HERBERT H. SLATERY III<br>  *Attorney General and Reporter of Tennessee*<br>ANDRÉE S. BLUMSTEIN<br>  *Solicitor General*<br>CLARK L. HILDABRAND<br>BRANDON J. SMITH<br>  *Assistant Solicitors General*<br>J. MATTHEW RICE*<br>  *Special Assistant to the Solicitor General*<br>TRAVIS J. ROYER<br>  *Office of the Solicitor General Honors Fellow*<br>Office of the Tennessee Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 532-4081<br>Brandon.Smith@ag.tn.gov<br>  ***Counsel for State of Tennessee*** | /s/ Melinda Holmes<br>THEODORE E. ROKITA<br>  *Attorney General of Indiana*<br>THOMAS M. FISHER*<br>  *Solicitor General*<br>MELINDA HOLMES*<br>  *Deputy Attorney General*<br>Office of the Indiana Attorney General<br>IGC-South, Fifth Floor<br>302 West Washington St.<br>Indianapolis, IN 46204<br>(317) 232-6255<br>Melinda.Holmes@atg.in.gov<br>  ***Counsel for State of Indiana*** |

/s/ Edmond G. LaCour Jr.
STEVE MARSHALL
  *Attorney General of Alabama*
EDMUND G. LACOUR JR.*
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov
  ***Counsel for State of Alabama***


/s/ Charles E. Brasington
TREG R. TAYLOR
  *Attorney General of Alaska*
CHARLES E. BRASINGTON*
JUSTIN NELSON*
  *Assistant Attorneys General*
State of Alaska
P.O. Box 110300
Juneau, AK 99811
(907) 465-3600
Charles.Brasington@alaska.gov
  ***Counsel for State of Alaska***


/s/ Kate B. Sawyer
MARK BRNOVICH
  *Attorney General of Arizona*
KATE B. SAWYER*
  *Assistant Solicitor General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Kate.Sawyer@azag.gov
  ***Counsel for State of Arizona***

/s/ Nicholas J. Bronni
LESLIE RUTLEDGE
  *Attorney General of Arkansas*
NICHOLAS J. BRONNI*
  *Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-6307
nicholas.bronni@arkansasag.gov
  ***Counsel for State of Arkansas***


/s/ Drew Waldbeser
CHRISTOPHER M. CARR
  *Attorney General of Georgia*
STEPHEN J. PETRANY*
  *Solicitor General*
DREW WALDBESER*
  *Deputy Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
(404) 458-3378
dwaldbeser@law.ga.gov
  ***Counsel for State of Georgia***


/s/ Kurtis K. Wiard
DEREK SCHMIDT
  *Attorney General of Kansas*
KURTIS K. WIARD*
  *Assistant Solicitor General*
Office of the Kansas Attorney General
120 S.W. 10th Ave.
Topeka, KS 66612
(785) 296-2215
kurtis.wiard@ag.ks.gov
  ***Counsel for State of Kansas***

5

/s/ Marc Manley
DANIEL CAMERON
  *Attorney General of Kentucky*
MARC MANLEY*
  *Assistant Attorney General*
Office of the Kentucky Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300
Marc.Manley@ky.gov
  *Counsel for Commonwealth of Kentucky*

/s/ Elizabeth B. Murrill
JEFF LANDRY
  *Attorney General of Louisiana*
ELIZABETH B. MURRILL*
  *Solicitor General*
J. SCOTT ST. JOHN*
  *Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
  *Counsel for State of Louisiana*

/s/ Justin L. Matheny
LYNN FITCH
  *Attorney General of Mississippi*
JUSTIN L. MATHENY*
  *Deputy Solicitor General*
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov
  *Counsel for State of Mississippi*

/s/ D. John Sauer
ERIC S. SCHMITT
  *Attorney General of Missouri*
D. JOHN SAUER*
  *Solicitor General*
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.Sauer@ago.mo.gov
  *Counsel for the State of Missouri*

/s/ Christian B. Corrigan
AUSTIN KNUDSEN
  *Attorney General of Montana*
DAVIS M.S. DEWHIRST*
  *Solicitor General*
CHRISTIAN B. CORRIGAN*
  *Deputy Solicitor General*
Office of the Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620
(406) 444-2707
Christian.Corrigan@mt.gov
  *Counsel for State of Montana*

/s/ James A. Campbell
DOUGLAS J. PETERSON
  *Attorney General of Nebraska*
JAMES A. CAMPBELL*
  *Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Jim.Campbell@nebraska.gov
  *Counsel for State of Nebraska*

/s/ Sylvia May Mailman
DAVE YOST
  *Attorney General of Ohio*
SYLVIA MAY MAILMAN*
  *Assistant Solicitor General*
Office of the Ohio Attorney General
615 W. Superior Ave., 11th Floor
Cleveland, OH 44113
(614) 282-3594
May.Mailman@OhioAGO.gov
  ***Counsel for State of Ohio***

/s/ Bryan Cleveland
JOHN M. O'CONNOR
  *Attorney General of Oklahoma*
BRYAN CLEVELAND*
  *Deputy Solicitor General*
Oklahoma Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105-4894
(405) 521-3921
Bryan.Cleveland@oag.ok.gov
  ***Counsel for the State of Oklahoma***

/s/ J. Emory Smith Jr.
ALAN WILSON
  *Attorney General of South Carolina*
J. EMORY SMITH, JR.*
  *Deputy Solicitor General*
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
esmith@scag.gov
  ***Counsel for State of South Carolina***

/s/ Paul Swedlund
JASON R. RAVNSBORG
  *Attorney General of South Dakota*
Office of the South Dakota Attorney General
PAUL SWEDLUND*
  *Assistant Attorney General*
1302 East Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215
Jason.Ravnsborg@state.sd.us
  ***Counsel for State of South Dakota***

/s/ Aaron Rietz
KEN PAXTON
  *Attorney General of Texas*
AARON RIETZ*
  *Deputy Attorney General*
Office of the Attorney General of Texas
P.O Box 12548
Austin, TX 78711-2548
(512) 936-1989
Aaron.Rietz@oag.texas.gov
  ***Counsel for State of Texas***

/s/ Melissa A. Holyoak
SEAN D. REYES
  *Attorney General of Utah*
MELISSA A. HOLYOAK*
  *Solicitor General*
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
melissaholyoak@agutah.gov
  ***Counsel for State of Utah***

/s/ Andrew N. Ferguson
JASON S. MIYARES
  *Attorney General of Virginia*
ANDREW N FERGUSON*
  *Solicitor General*
LUCAS W.E. CROSLOW*
  *Deputy Solicitor General*
Office of the Attorney General of Virginia
Richmond, VA 23219
(814) 786-7704
AFerguson@oag.state.va.us
LCroslow@oag.state.va.us
  *Counsel for the Commonwealth of Virginia*

/s/ Lindsay S. See
PATRICK MORRISEY
  *Attorney General of West Virginia*
LINDSAY S. SEE*
  *Solicitor General*
Office of the West Virginia Attorney General
State Capitol Bldg. 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
  *Counsel for the State of West Virginia*


**\*Application for Pro Hac Admission Forthcoming**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, a true and exact copy of the foregoing document was forward, by certified mail, to the parties identified below:

U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

The Honorable Tom Vilsack
Secretary of the U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

Administrator Cindy Long
Food and Nutrition Services
U.S. Department of Agriculture
Braddock Metro Center II
1320 Braddock Place
Alexandria, VA 22314

Director Roberto Contreras
Civil Rights Division, Food and Nutrition Service
U.S. Department of Agriculture
Braddock Metro Center II
1320 Braddock Place
Alexandria, VA 22314

/s/ Brandon J. Smith
BRANDON J. SMITH
*Assistant Solicitor General*