# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
ONE CHURCH STREET, B-110
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**
CLERK

TELEPHONE
(334) 954-3600



FILED
AUG 11 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that, **Edmund Gerard LaCour Jr.,** was duly admitted to practice in said Court on **December 26, 2018,** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on August 10, 2022.

**DEBRA P. HACKETT,**
**CLERK**

By: *Becky Duffell*
Deputy Clerk