UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00257 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING PROOF OF SERVICE

Please take notice that Plaintiffs submit the attached proof of service pursuant to Fed. R. Civ. P. (4)(l).

Respectfully Submitted,

/s/ Brandon J. Smith (BPR # 037272)
HERBERT H. SLATERY III
  *Attorney General and Reporter of Tennessee*
ANDRÉE S. BLUMSTEIN
  *Solicitor General*
CLARK L. HILDABRAND
BRANDON J. SMITH
  *Assistant Solicitors General*
J. MATTHEW RICE**
  *Special Assistant to the Solicitor General*
TRAVIS J. ROYER**
  *Office of the Solicitor General Honors Fellow*
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 532-4081
Brandon.Smith@ag.tn.gov
  **Counsel for State of Tennessee**

/s/ Melinda Holmes
THEODORE E. ROKITA
  *Attorney General of Indiana*
THOMAS M. FISHER**
  *Solicitor General*
MELINDA HOLMES**
  *Deputy Attorney General*
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington St.
Indianapolis, IN 46204
(317) 232-6255
Melinda.Holmes@atg.in.gov
  **Counsel for State of Indiana**

1

/s/ Edmond G. LaCour Jr.
STEVE MARSHALL
  *Attorney General of Alabama*
EDMUND G. LACOUR JR.*
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov
  *Counsel for State of Alabama*


/s/ Charles E. Brasington
TREG R. TAYLOR
  *Attorney General of Alaska*
CHARLES E. BRASINGTON**
JUSTIN NELSON*
  *Assistant Attorneys General*
State of Alaska
P.O. Box 110300
Juneau, AK 99811
(907) 465-3600
Charles.Brasington@alaska.gov
  *Counsel for State of Alaska*


/s/ Kate B. Sawyer
MARK BRNOVICH
  *Attorney General of Arizona*
KATE B. SAWYER**
  *Assistant Solicitor General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Kate.Sawyer@azag.gov
  *Counsel for State of Arizona*

/s/ Nicholas J. Bronni
LESLIE RUTLEDGE
  *Attorney General of Arkansas*
NICHOLAS J. BRONNI*
  *Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-6307
nicholas.bronni@arkansasag.gov
  *Counsel for State of Arkansas*


/s/ Drew Waldbeser
CHRISTOPHER M. CARR
  *Attorney General of Georgia*
DREW WALDBESER**
  *Deputy Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
(404) 458-3378
dwaldbeser@law.ga.gov
  *Counsel for State of Georgia*


/s/ Kurtis K. Wiard
DEREK SCHMIDT
  *Attorney General of Kansas*
KURTIS K. WIARD**
  *Assistant Solicitor General*
Office of the Kansas Attorney General
120 S.W. 10th Ave.
Topeka, KS 66612
(785) 296-2215
kurtis.wiard@ag.ks.gov
  *Counsel for State of Kansas*

/s/ Marc Manley
DANIEL CAMERON
  *Attorney General of Kentucky*
MARC MANLEY**
  *Assistant Attorney General*
Office of the Kentucky Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300
Marc.Manley@ky.gov
  **Counsel for Commonwealth of Kentucky**

/s/ Elizabeth B. Murrill
JEFF LANDRY
  *Attorney General of Louisiana*
ELIZABETH B. MURRILL**
  *Solicitor General*
J. SCOTT ST. JOHN**
  *Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
  **Counsel for State of Louisiana**

/s/ Justin L. Matheny
LYNN FITCH
  *Attorney General of Mississippi*
JUSTIN L. MATHENY**
  *Deputy Solicitor General*
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov
  **Counsel for State of Mississippi**

/s/ D. John Sauer
ERIC S. SCHMITT
  *Attorney General of Missouri*
D. JOHN SAUER**
  *Solicitor General*
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.Sauer@ago.mo.gov
  **Counsel for the State of Missouri**

/s/ Christian B. Corrigan
AUSTIN KNUDSEN
  *Attorney General of Montana*
DAVIS M.S. DEWHIRST**
  *Solicitor General*
CHRISTIAN B. CORRIGAN**
  *Deputy Solicitor General*
Office of the Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620
(406) 444-2707
Christian.Corrigan@mt.gov
  **Counsel for State of Montana**

/s/ James A. Campbell
DOUGLAS J. PETERSON
  *Attorney General of Nebraska*
JAMES A. CAMPBELL**
  *Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Jim.Campbell@nebraska.gov
  **Counsel for State of Nebraska**

/s/ Benjamin Flowers
DAVE YOST
  *Attorney General of Ohio*
BENJAMIN FLOWERS*
  *Solicitor General*
Office of the Ohio Attorney General
30 East Broad Street, 17th Floor
Columbus, OH 43215
(614) 466-8980
Benjamin.Flowers@OhioAGO.gov
  **Counsel for State of Ohio**

/s/ Paul Swedlund
MARK VARGO
  *Attorney General of South Dakota*
Office of the South Dakota Attorney General
PAUL SWEDLUND**
  *Assistant Attorney General*
1302 East Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215
Jason.Ravnsborg@state.sd.us
  **Counsel for State of South Dakota**

/s/ Bryan Cleveland
JOHN M. O'CONNOR
  *Attorney General of Oklahoma*
BRYAN CLEVELAND**
  *Deputy Solicitor General*
Oklahoma Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105-4894
(405) 521-3921
Bryan.Cleveland@oag.ok.gov
  **Counsel for the State of Oklahoma**

/s/ Aaron Rietz
KEN PAXTON
  *Attorney General of Texas*
AARON RIETZ**
  *Deputy Attorney General*
Office of the Attorney General of Texas
P.O Box 12548
Austin, TX 78711-2548
(512) 936-1989
Aaron.Rietz@oag.texas.gov
  **Counsel for State of Texas**

/s/ J. Emory Smith Jr.
ALAN WILSON
  *Attorney General of South Carolina*
J. EMORY SMITH, JR.**
  *Deputy Solicitor General*
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
esmith@scag.gov
  **Counsel for State of South Carolina**

/s/ Melissa A. Holyoak
SEAN D. REYES
  *Attorney General of Utah*
MELISSA A. HOLYOAK**
  *Solicitor General*
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
melissaholyoak@agutah.gov
  **Counsel for State of Utah**

4

/s/ Andrew N. Ferguson
JASON S. MIYARES
  *Attorney General of Virginia*
ANDREW N FERGUSON*
  *Solicitor General*
LUCAS W.E. CROSLOW*
  *Deputy Solicitor General*
Office of the Attorney General of Virginia
Richmond, VA 23219
(814) 786-7704
AFerguson@oag.state.va.us
LCroslow@oag.state.va.us
  ***Counsel for the Commonwealth of Virginia***

/s/ Lindsay S. See
PATRICK MORRISEY
  *Attorney General of West Virginia*
LINDSAY S. SEE**
  *Solicitor General*
Office of the West Virginia Attorney General
State Capitol Bldg. 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
  ***Counsel for the State of West Virginia***


**\*Application for Pro Hac Vice Admission Forthcoming**

**\*\*Admitted Pro Hac Vice**

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, a true and exact copy of the foregoing document was forward, by certified mail, to the parties identified below:

U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

The Honorable Tom Vilsack
Secretary of the U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

Administrator Cindy Long
Food and Nutrition Services
U.S. Department of Agriculture
Braddock Metro Center II
1320 Braddock Place
Alexandria, VA 22314

Director Roberto Contreras
Civil Rights Division, Food and Nutrition Service
U.S. Department of Agriculture
Braddock Metro Center II
1320 Braddock Place
Alexandria, VA 22314

/s/ Brandon J. Smith
BRANDON J. SMITH
*Assistant Solicitor General*