# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| THE STATE OF TENNESSEE, *et al.*, ) | |
| ) | Case No. 3:22-cv-257 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

Before the Court is the parties' joint motion to set a stipulated briefing schedule on Defendants' motion to dismiss (Doc. 73). The Court **GRANTS** the parties' motion to set a briefing schedule (Doc. 73) and **ORDERS** that Plaintiffs' deadline to respond to Defendants' motion is **December 30, 2022**, and Defendants' deadline to file a reply in support of their motion is **January 17, 2023**.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**