Anthony R. Napolitano, (#034586)
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7858
Facsimile: (602) 888-7856
anapolitano@bfsolaw.com
*Attorney for Plaintiff State of Arizona*

FILED

FEB 16 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# IN THE UNITED STATES DISTRICT COURT

# IN THE EASTERN DISTRICT OF TENNESEE

| | |
|---|---|
| State of Tennessee, et al., | No: 3:22-cv-257-TRM-DCP |
| Plaintiff, | |
| v. | **PLAINTIFF STATE OF ARIZONA'S NOTICE OF VOLUNTARY DISMISSAL** |
| United States Department of Agriculture, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the State of Arizona hereby voluntarily dismisses its claims in this action.

RESPECTFULLY SUBMITTED this 14th day of February, 2023.

BERGIN, FRAKES, SMALLEY &
OBERHOLTZER, PLLC

By: /s/ [signature]
Anthony R. Napolitano
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
*Attorney for Plaintiff State of Arizona*

# CERTIFICATE OF SERVICE

On this 14th day of February, 2023, a copy of the foregoing was emailed to counsel at the following email addresses along with a message notifying them that, once filed with the Eastern District of Tennessee's Court Clerk's Office and uploaded by the Clerk's Office using the CM/ECF System, a Notice of Electronic Filing will then be provided to all CM/ECF registrants.

By: /s/ Lauren S. Trobaugh

CODY TAYLOR KNAPP
JONATHAN D KOSSAK
United States Department of Justice
1100 L Street, Room 12004
Washington, DC 20005
202-514-1318
cody.t.knapp@usdoj.gov
jonathan.kossak@usdoj.gov
*Counsel for Defendants*

| | |
|---|---|
| HERBERT H. SLATERY III<br>  *Attorney General and Reporter of Tennessee*<br>BRANDON JAMES SMITH<br>  *Chief of Staff*<br>CLARK LASSITER HILDABRAND<br>  *Assistant Solicitor General*<br>JAMES MATTHEW RICE<br>  *Special Assistant to the Solicitor General*<br>*Office of the Tennessee Attorney General and Reporter*<br>*P.O. Box 20207*<br>*Nashville, TN 37202*<br>*(615) 532-4081*<br>clark.hildabrand@ag.tn.gov<br>matt.rice@ag.tn.gov<br>brandon.smith@ag.tn.gov<br>*Attorney for the State of Tennessee* | THEODORE E. ROKITA<br>  *Attorney General of Indiana*<br>THOMAS M. FISHER<br>  *Solicitor General*<br>MELINDA HOLMES<br>  *Deputy Attorney General*<br>*Office of the Indiana Attorney General*<br>*IGC-South, Fifth Floor*<br>*302 West Washington St.*<br>*Indianapolis, IN 46204*<br>*(317) 232-6255*<br>Melinda.Holmes@atg.in.gov<br>  *Counsel for State of Indiana* |

STEVE MARSHALL
  *Attorney General of Alabama*
EDMUND G. LACOUR JR.
  *Solicitor General*
*Office of the Attorney General*
*State of Alabama*
*501 Washington Ave.*
*Montgomery, AL 36130*
*(334) 242-7300*
*Edmund.LaCour@AlabamaAG.gov*
  *Counsel for State of Alabama*

TREG R. TAYLOR
  *Attorney General of Alaska*
CHARLES E. BRASINGTON
JUSTIN NELSON
  *Assistant Attorneys General*
*State of Alaska*
*P.O. Box 110300*
*Juneau, AK 99811*
*(907) 465-3600*
*Charles.Brasington@alaska.gov*
  *Counsel for State of Alaska*

LESLIE RUTLEDGE
  *Attorney General of Arkansas*
NICHOLAS J. BRONNI
  *Solicitor General*
*Office of the Arkansas Attorney General*
*323 Center St., Suite 200*
*Little Rock, AR 72201*
*(501) 682-6307*
*nicholas.bronni@arkansasag.gov*
  *Counsel for State of Arkansas*

CHRISTOPHER M. CARR
  *Attorney General of Georgia*
STEPHEN J. PETRANY
  *Solicitor General*
DREW WALDBESER
  *Deputy Solicitor General*
*Office of the Georgia Attorney General*
*40 Capitol Square, S.W.*
*Atlanta, GA 30334*
*(404) 458-3378*
*dwaldbeser@law.ga.gov*
  *Counsel for State of Georgia*

DEREK SCHMIDT
  *Attorney General of Kansas*
KURTIS K. WIARD
  *Assistant Solicitor General*
*Office of the Kansas Attorney General*
*120 S.W. 10th Ave.*
*Topeka, KS 66612*
*(785) 296-2215*
*kurtis.wiard@ag.ks.gov*
  *Counsel for State of Kansas*

DANIEL CAMERON
  *Attorney General of Kentucky*
MARC MANLEY
  *Assistant Attorney General*
*Office of the Kentucky Attorney General*
*700 Capital Ave., Suite 118*
*Frankfort, KY 40601*
*(502) 696-5300*
*Marc.Manley@ky.gov*
  *Counsel for Commonwealth of Kentucky*

| | |
|---|---|
| JEFF LANDRY<br>  Attorney General of Louisiana<br>ELIZABETH B. MURRILL<br>  Solicitor General<br>J. SCOTT ST. JOHN<br>  Deputy Solicitor General<br>Louisiana Department of Justice<br>1885 N. Third St.<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>emurrill@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br>  Counsel for State of Louisiana | AUSTIN KNUDSEN<br>  Attorney General of Montana<br>DAVIS M.S. DEWHIRST<br>  Solicitor General<br>CHRISTIAN B. CORRIGAN<br>  Deputy Solicitor General<br>Office of the Montana Attorney General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620<br>(406) 444-2707<br>Christian.Corrigan@mt.gov<br>  Counsel for State of Montana |
| LYNN FITCH<br>  Attorney General of Mississippi<br>JUSTIN L. MATHENY<br>  Deputy Solicitor General<br>State of Mississippi<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205<br>(601) 359-3680<br>justin.matheny@ago.ms.gov<br>  Counsel for State of Mississippi | DOUGLAS J. PETERSON<br>  Attorney General of Nebraska<br>JAMES A. CAMPBELL<br>  Solicitor General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2682<br>Jim.Campbell@nebraska.gov<br>  Counsel for State of Nebraska |
| ERIC S. SCHMITT<br>  Attorney General of Missouri<br>D. JOHN SAUER<br>  Solicitor General<br>Office of the Missouri Attorney General<br>P.O. Box 899<br>Jefferson City, MO 65102<br>(573) 751-8870<br>John.Sauer@ago.mo.gov<br>  Counsel for the State of Missouri | DAVE YOST<br>  Attorney General of Ohio<br>SYLVIA MAY MAILMAN<br>  Assistant Solicitor General<br>Office of the Ohio Attorney General<br>615 W. Superior Ave., 11th Floor<br>Cleveland, OH 44113<br>(614) 282-3594<br>May.Mailman@OhioAGO.gov<br>  Counsel for State of Ohio |

| | | |
|---|---|---|
| 1 | JOHN M. O'CONNOR | KEN PAXTON |
| 2 | Attorney General of Oklahoma | Attorney General of Texas |
|   | BRYAN CLEVELAND | AARON RIETZ |
| 3 | Deputy Solicitor General | Deputy Attorney General |
| 4 | Oklahoma Office of the Attorney General | Office of the Attorney General of Texas |
|   | 313 N.E. 21st Street | P.O Box 12548 |
| 5 | Oklahoma City, OK 73105-4894 | Austin, TX 78711-2548 |
|   | (405) 521-3921 | (512) 936-1989 |
| 6 | Bryan.Cleveland@oag.ok.gov | Aaron.Rietz@oag.texas.gov |
| 7 | Counsel for the State of Oklahoma | Counsel for State of Texas |
| 8 | | |
|   | ALAN WILSON | SEAN D. REYES |
| 9 | Attorney General of South Carolina | Attorney General of Utah |
|   | J. EMORY SMITH, JR. | MELISSA A. HOLYOAK |
| 10 | Deputy Solicitor General | Solicitor General |
| 11 | Office of the South Carolina Attorney General | Office of the Utah Attorney General |
|   | | 350 N. State Street, Suite 230 |
| 12 | P.O. Box 11549 | Salt Lake City, UT 84114 |
| 13 | Columbia, SC 29211 | (801) 366-0260 |
|   | (803) 734-3680 | melissaholyoak@agutah.gov |
| 14 | esmith@scag.gov | Counsel for State of Utah |
| 15 | Counsel for State of South Carolina | |
|   | | JASON S. MIYARES |
| 16 | JASON R. RAVNSBORG | Attorney General of Virginia |
| 17 | Attorney General of South Dakota | ANDREW N FERGUSON |
|   | Office of the South Dakota Attorney General | Solicitor General |
| 18 | | LUCAS W.E. CROSLOW |
|   | PAUL SWEDLUND | Deputy Solicitor General |
| 19 | Assistant Attorney General | Office of the Attorney General of Virginia |
| 20 | 1302 East Highway 14, Suite 1 | Richmond, VA 23219 |
|   | Pierre, SD 57501 | (814) 786-7704 |
| 21 | (605) 773-3215 | AFerguson@oag.state.va.us |
| 22 | Jason.Ravnsborg@state.sd.us | LCroslow@oag.state.va.us |
|   | Counsel for State of South Dakota | Counsel for the Commonwealth of Virginia |

5

```
 1  PATRICK MORRISEY
     Attorney General of West Virginia
 2  LINDSAY S. SEE
     Solicitor General
 3  Office of the West Virginia Attorney General
 4  State Capitol Bldg. 1, Room E-26
    Charleston, WV 25305
 5  (681) 313-4550
 6  Lindsay.S.See@wvago.gov
     Counsel for the State of West Virginia
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```