## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| THE STATE OF TENNESSEE, *et al.*, | ) | |
| | ) | Case No. 3:22-cv-257 |
| *Plaintiffs*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Debra C. Poplin |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, Defendants' motion to dismiss (Doc. 70) is **GRANTED**, and this action is therefore **DISMISSED WITH PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ LeAnna R. Wilson
    CLERK OF COURT